*1046 496 U. S. 414;
495 U. S. 905;
495 U. S. 957;
496 U. S. 937;
496 U. S. 938;
496 U. S. 927;
496 U. S. 907;
496 U. S. 931;
ante, p. 1032;
496 U. S. 927;
495 U. S. 963;
496 U. S. 904;
495 U. S. 959;
495 U. S. 963;
496 U. S. 909;
495 U. S. 960;
496 U. S. 912;
*1047 No. 89-7150.
No. 89-7212.
No. 89-7224.
No. 89-7238.
No. 89-7239.
No. 89-7253.
No. 89-7259.
No. 89-7266.
No. 89-7273.
No. 89-7275.
No. 89-7277.
No. 89-7314.
No. 89-7347.
No. 89-7377.
No. 89-7423.
No. 89-7446.
No. 89-7449.
No. 89-7474.
495 U. S. 939;
496 U. S. 910;
496 U. S. 928;
ante, p. 1006;
496 U. S. 928;
496 U. S. 931;
496 U. S. 940;
496 U. S. 940;
496 U. S. 929;
496 U. S. 931;
496 U. S. 940;
496 U. S. 943;
ante, p. 1002;
496 U. S. 929;
496 U. S. 903;
ante, p. 1028;
ante, p. 1028; and
ante, p. 1032. Petitions for rehearing denied.